Lenard L. Wittlake
Minnick-Hayner, P.S.
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In RE:

SHUMATE TRI-CITY, LLC, dba
SHUMATE BUELL, dba
SHUMATE HARLEY-DAVIDSON, fka
SHUMATE HARLEY-DAVIDSON, LLC,

Debtor

No. 09-05080-FLK11

STIPULATION REGARDING
ALLOWANCE OF
ADMINISTRATIVE EXPENSE

**COME NOW** Tumac Outdoor Products, Inc. (Tumac) and the Debtor in possession and hereby stipulate and agree as follows:

1. That Tumac filed its Motion for Payment of Administrative Expense Claim on October 30, 2009 (the Motion). The Motion was for post-petition obligations under a commercial lease between Tumac and Debtor for the premises at 902 W. Rose St., Walla Walla, Washington. The motion also requested that the relief granted remain in effect if this case converts to Chapter 7.

2. That Debtor filed its Objection to the Motion on November 20, 2009.

3. The lease has been rejected effective November 30, 2009 by separate Order, the Debtor has vacated the premises, and Tumac has retaken possession of the premises.

STIPULATION TO ALLOW
ADMINISTRATIVE EXPENSE - Page 1 of 2

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

1    4.    That Tumac shall be allowed an administrative expense claim in the

2  amount of $27,616.08 for all post-petition obligations under the lease agreement.

3    5.    That the Order entered shall remain effective in the event this case is

4  converted to a case under Chapter 7 of the Bankruptcy Code.

5    DATED this 22nd day of December, 2009.

6

7                    MINNICK-HAYNER, P.S.

8            By:    /s/ Lenard L. Wittlake
9                Lenard L. Wittlake, WSBA #15451
                 of Attorneys for Tumac

10                and

11                PAUKERT & TROPPMAN, PLLC
12

13            By:    /s/ Michael J. Paukert
                 Michael J. Paukert, WSBA #20237
14                Attorney for Shumate Tri-City, LLC

15

16

17

18

19

20

21

22

23

24

25  STIPULATION TO ALLOW                            **Minnick • Hayner**
    ADMINISTRATIVE EXPENSE - Page 2 of 2              P.O. Box 1757
                                                    Walla Walla, WA 99362
                                                       (509) 527-3500