MICHAEL J. PAUKERT
PAUKERT & TROPPMANN PLLC
522 West Riverside Avenue, Suite 560
Spokane, Washington 99201
(509) 232-7760
mpaukert@pt-law.com
Attorney for Shumate Tri-City LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re. . .<br><br>**SHUMATE TRI-CITY, LLC** d/b/a **SHUMATE BUELL**, d/b/a **SHUMATE HARLEY-DAVIDSON**, and f/k/a **SHUMATE HARLEY-DAVIDSON, LLC**,<br><br>Debtor. | No. **09-05080-FLK11**<br>Chapter **11**<br><br>**DEBTOR-IN-POSSESSION'S OBJECTION TO GMAC'S MOTION FOR RELIEF FROM STAY AND ABANDOMENT** |

Shumate Tri-City, LLC, the debtor and debtor-in-possession herein ("Shumate"), objects to GMAC's Motion for Relief from Stay and Abandonment and states the following in support thereof:

1. The property that is subject to GMAC's motion is necessary for an effective reorganization.

2. Shumate will propose that adequate protection payments be made to GMAC subject to the court's approval of a cash collateral order authorizing such payment.

DATED this 4th day of January, 2009.

PAUKERT & TROPPMANN PLLC

/s/ Michael J. Paukert
Michael J Paukert, WSBA No. 20237
Attorney for Shumate Tri-City, LLC

**PT** P A U K E R T & T R O P P M A N N PLLC
lawyers

522 W. Riverside Avenue • Suite 560 • Spokane, WA 99201
p 509.232.7760   f 509.232.7762   e mpaukert@pt-law.com