UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

**Shumate Tri-City, LLC**

Debtor(s)

Case Number: **09-05080-FLK**

Chapter: **11**

**ORDER CONTINUING HEARING ON MOTION TO SET BID PROCEDURES**

      THIS MATTER having come on for hearing before the Honorable Frank L. Kurtz on March 31, 2010 on the Continued Motion to Set Bid Procedures;   Michael J. Paukert appeared on behalf of Shumate Tri-Cities, LLC., David E. Eash appeared on behalf of Shumate Spokane, LLC.,  William L. Hames appeared for GE Commercial Distribution Finance Corp., Jed Morris appeared for Harley-Davidson Credit Corporation; Nancy L. Isserlis appeared for Buell Distribution Company, LLC., Harley-Davidson Motor Company, Inc., Anthony E. Grabicki appeared on behalf of Seven Oaks Motor Sports, LLC., Michael J. Farrell appeared on behalf of American Honda Finance Corporation, Christopher G. Varallo appeared on behalf of Steve and Billye Bailey; Carter J. Fjeld appeared on behalf of Columbia River Bank;  and Timothy J. Carlson appeared for George F. Latus, LLC.  and the Court having heard the argument of counsel and being familiar with the files and records herein, now, therefore,

      IT IS HEREBY ORDERED THAT  hearing on the Continued Motion to Set Bid Procedures is continued to Wednesday, April 7, 2010 at 1:30 p.m. by parties calling (509) 353-3192.

*Frank L. Kurtz*
Frank L. Kurtz
Bankruptcy Judge

04/01/2010 10:16:03

ORDER CONTINUING HEARING ON MOTION TO SET BID PROCEDURES
09-05080.bk.11.2.FLK.order.ogener.1.1270074751.gT4DjPOD

# CERTIFICATE OF NOTICE

```
District/off: 0980-2          User: leew              Page 1 of 1            Date Rcvd: Apr 01, 2010
Case: 09-05080                Form ID: pdf002         Total Noticed: 2
```

The following entities were noticed by first class mail on Apr 03, 2010.
```
aty          +Barry W Davidson,   Davidson Backman Medeiros,   601 W Riverside Avenue,   Suite 1550,
               Spokane, WA 99201-0603
             +David Eash,   Ewing Anderson PS,   221 N Wall Ste 500,   Spokane, WA 99201-0824
```
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2010**                           Signature: _Joseph Speetjens_